UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ASHLEY REGINALD MAGLIORE
1202 Pensive Lane
Bowie, Maryland 20716

      Plaintiff

  v.

OFFICER LARRY BROOKS, # 0723
Metropolitan Police Department, Third District
1620 V Street, NW
Washington, D.C. 20009

OFFICER LUIS CARTAGENA
BADGE NO. 3149
Metropolitan Police Department, Third District
1620 V Street, NW
Washington, D.C. 20009

DISTRICT OF COLUMBIA
Adrian Fenty
Mayor
District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, D.C. 20004

Gladys Herring
Office of the Secretary
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Suite 419
Washington, D.C. 20004

Darlene Fields
Office of the Attorney General for the District
of Columbia
441 4th Street, NW
Washington, D.C. 20001

Civil Action No._____

Case: 1:07-cv-01921
Assigned To : Roberts, Richard W.
Assign. Date : 10/24/2007
Description: Civil Rights-Non-Employ.

JURY ACTION

Defendants.      :
                 :

# COMPLAINT
(Violation of Constitutional Rights)

### Count 1: 42 U.S. C. §1983, U.S. Const., Amend. IV:

1. This is an action for damages brought pursuant to 42 U.S.C., §1983 and the Fourth Amendment to the United States Constitution. This Court has jurisdiction under 28 USC §1331 and §1332.

2. Plaintiff is a resident of the State of Maryland.

3. Officers Larry Brooks and Luis Cartagena are duly appointed and sworn police officers of the District of Columbia, acting under color of their authority as police officers and within the scope of their employment.

4. On or about October 26, 2006, at about 11:50 p.m., at 1716 I Street, N.W., Washington, D.C., defendants Brooks clubbed the plaintiff over the back of the head with a metal stick and struck him multiple times over several parts of his body.

5. The amount of force used was excessive and unreasonable.

6. The defendant Cartagena assisted and aided Brooks in the use of excessive force and did nothing to intervene and prevent it.

7. As a direct and proximate result of the unlawful actions of Brooks and Cartagena, plaintiff sustained a 7 cm. laceration to the back of his head, a laceration to his left knee, several fractured ribs, an injury to the nerve in his left hand and multiple contusions over several parts of his body. Plaintiff incurred substantial expense for physician and hospital

care and treatment of his injuries. He lost a week of work due to his injuries and his normal activities. Finally, he suffered physical and mental pain and suffering, humiliation, personal indignity, and injury to his reputation.

8. The actions of the defendants Brooks and Cartagena violated the plaintiff's clearly established right under the Fourth Amendment right against the use of excessive force.

9. By letter dated February 7, 2007, plaintiff gave written notice of his claim to the Mayor of the District of Columbia.

**Count 2– Assault and Battery:**

Plaintiff incorporates by reference the allegations in paragraphs 1-9.

10. The actions of defendants Brooks and Cartagena constituted an assault and battery and a violation of the law of the District of Columbia.

**Count 3- Negligence**

Plaintiff incorporates by reference the allegations contained in paragraphs 1-9.

11. Defendants Brooks and Cartagena owed plaintiff a duty to use reasonable care with respect to the performance of their official duties.

12. The defendants breached that duty by using potentially lethal force against the plaintiff when such force was not required, failed to have sufficient number of police officers present, and failed to use other less dangerous forms of force open to them.

13. The breach of duty was a proximate cause of injury to the plaintiff.

**Count 4- False Arrest § 1983**

Plaintiff incorporates by reference the allegations in paragraphs 1-9.

14. Defendants Brooks and Cartagena arrested the plaintiff without probable cause.

In so doing, the defendants were motivated to coverup their use of excessive force against plaintiff.

15. As a direct and proximate result of the arrest, plaintiff was detained against his will and deprived of his liberty, humiliated, and suffered injury to his reputation.

**Count 5 - Common Law False Arrest**

Plaintiff incorporates by reference the allegations in paragraphs 1-15.

16. In arresting the plaintiff, the defendants Brooks and Cartagena committed false arrest in violation of the common law of the District of Columbia, and plaintiff sustained damages as alleged.

**Count 6- Malicious Prosecution**

Plaintiff incorporates by reference the allegations in paragraphs 1-16.

17. Defendants Brooks and Cartagena caused criminal charges of assault on a police officer to be instituted against the plaintiff.

18. The criminal charges were disposed in the plaintiff's favor by the prosecutor's dismissal of all charges.

19. Plaintiff sustained damages as a result of the institution of the false criminal charges. He incurred expense to hire a lawyer, lost time from his normal pursuits to attend court hearing and meet with his lawyer, his reputation was damaged, and suffered anxiety while the criminal charges were pending.

**Ad Damnum Clause**

Plaintiff demands judgments against defendants Brooks, Cartagena and the District of Columbia, jointly and severally, in the amount of $1,000,000 in compensatory damages. Against

Brooks and Cartagena, plaintiff demands judgment in punitive damages in the amount of $500,000 each.

_____
Terrell N. Roberts, III
Attorney for Plaintiff
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

_____
Terrell N. Roberts, III

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
ASHLEY R. MAGLIORE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **D.C.**
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
OFFICER LARRY BROOKS, MPD, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **D.C.**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Terrell N. Roberts, III   Suite 202
Roberts + Wood           Riverdale, md 20737
6801 Kenilworth Ave    301 699-0764

Case: 1:07-cv-01921
Assigned To : Roberts, Richard W.
Assign. Date : 10/24/2007
Description: Civil Rights-Non-Employ.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☒ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
1983 Action - violation of plaintiff's civil rights 42 U.S.C. 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  DEMAND $  Check YES only if demanded in complaint  JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

DATE 10/24/07  SIGNATURE OF ATTORNEY OF RECORD  *Jennell R. Roberts*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

RECEIVED
OCT 2 4 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT