**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ASHLEY REGINALD MAGLIORE  :
:
    Plaintiff,  :
:
v.  :  Case No.: 07-1921 (RWR)
:
OFFICER LARRY BROOKS, ET AL  :
:
    Defendant.  :

**RETURN OF SERVICE**

    Terrell N. Roberts, III, attorney for Plaintiff, certifies on that he served by private process server, a summons issued by the Court on November 2, 2007, together with a copy of the complaint and civil cover sheet, to Officer Luis Cartagena. Mr. Cartagena received process on November 13, 2007, as evidenced by the attached return of service. I do solemnly declare and affirm under penalties of perjury that the contents of foregoing are true.

 

                                                 Terrell N. Roberts, III
                                               Attorney for Plaintiff
                                               6801 Kenilworth Avenue, Suite 202
                                               Riverdale, Maryland  20737
                                               (301) 699-0764

return of service.wpd

# UNITED STATES DISTRICT COURT
## District of Columbia

Ashley Reginald Magliore

**SUMMONS IN A CIVIL CASE**

V.

Officer Larry Brooks, et al

CASE NUMBER: 07-1921 (RWR)

TO: (Name and address of Defendant)

Officer Luis Cartagena
Badge NO. 3149
Metropolitan Police Department, Third District
1620 V Street, NW
Washington, D.C. 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrell N. Roberts, III
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland 20737

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

NOV - 2 2007

CLERK

Ka. Janau Jeott

(By) DEPUTY CLERK

DATE

| RETURN OF SERVICE | | |
|---|---|---|
| Service ... was made by ... | DATE 11/13/07 | 10:45 am |
| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3720 Idaho Ave N.W 20016

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/13/07
           Date              Signature of Server

1522 K St NW ste 200 wDC 20005
Address of Server