# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ASHLEY REGINALD MAGLIORE         :
                                 :
      Plaintiff,               :
                                 :
v.                               :    Case No.: 07-1921 (RWR)
                                 :
OFFICER LARRY BROOKS, ET AL      :
                                 :
      Defendant.               :

## RETURN OF SERVICE

    Terrell N. Roberts, III, attorney for Plaintiff, certifies on that he served by private process server, a summons issued by the Court on November 2, 2007, together with a copy of the complaint and civil cover sheet, on the District of Columbia by serving Mayor Adrian Fenty of the District of Columbia, Gladys Herring of the Office of the Secretary for the District of Columbia, and Darlene Fields, Esq., Office of the Attorney General for the District of Columbia. The above named recipients received process on November 16, 2007, as evidenced by the attached return of service. I do solemnly declare and affirm under penalties of perjury that the contents of foregoing are true.

 

_____
Terrell N. Roberts, III
Attorney for Plaintiff
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764

return of service.dc.wpd

Ashley Reginald Magliore

**SUMMONS IN A CIVIL CASE**

V.

Officer Larry Brooks, et al

CASE NUMBER: 07-1921 (RWR)

TO: (Name and address of Defendant)

District of Columbia
Adrian Fenty
Mayor
District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, D.C. 20004

× ERICA EASTER
TITLE: CHIEF OF STAFF

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrell N. Roberts, III
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland 20737

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      NOV - 2 2007

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 11/16/07 |
| NAME OF SERVER (PRINT) YANIV HADAR | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVICE ONLY ACCEPTED IN SECRETARY'S OFFICE #419. SERVED TO ERICA EASTON

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/07
             Date        Signature of Server

6801 KENILWORTH AVE #202
RIVERDALE, MD 20737
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Ashley Reginald Magliore

**SUMMONS IN A CIVIL CASE**

V.

Officer Larry Brooks, et al

CASE NUMBER: 07-1921 (RWR)

TO: (Name and address of Defendant)

Gladys Herring
Office of the Secretary
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Suite 419
Washington, D.C. 20004

ERICA EASTER, CHIEF OF STAFF

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrell N. Roberts, III
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland 20737

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                NOV - 2 2007

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 11/16/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| YANIV HADAR | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED TO ERICA EASTER, CHIEF OF STAFF. MS HERRING NO LONGER EMPLOYED IN THIS OFFICE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/2007
                Date          Signature of Server

6801 KENILWORTH AVE #202
RIVERDALE, MD 20737
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Ashley Reginald Magliore

**SUMMONS IN A CIVIL CASE**

V.

Officer Larry Brooks, et al

CASE NUMBER: 07-1921 (RWR)

TO: (Name and address of Defendant)

Darlene Fields
Office of the Attorney General
for the District of Columbia
441 Fourth Street, NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrell N. Roberts, III
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland 20737

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON           NOV - 2 2007

CLERK                              DATE

_Ba Janan Scott_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | [illegible] |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| YANIV HADAR | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED TO PHILLIP LATTIMORE, MS. FIELD'S SUPERVISOR AT 441 4TH ST NW 6TH FLOOR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/2007
             Date

Signature of Server

6901 KENILWORTH AVE #202
RIVERDALE, MD 20737

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.