## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASHLEY REGINALD MAGLIORE　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff,　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　　　　　　:　　Case No.: 07-1921 (RWR)
　　　　　　　　　　　　　　　　　　　　　　　　　:
OFFICER LARRY BROOKS, ET AL　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　　　　　　　　　:

### RETURN OF SERVICE

Terrell N. Roberts, III, attorney for Plaintiff, certifies on that he served by private process server, a summons issued by the Court on November 2, 2007, together with a copy of the complaint and civil cover sheet, to Officer Larry Brooks. Mr. Brooks received process on December 27, 2007, as evidenced by the attached return of service. I do solemnly declare and affirm under penalties of perjury that the contents of foregoing are true.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Terrell N. Roberts, III
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　6801 Kenilworth Avenue, Suite 202
　　　　　　　　　　　　　　　　　　　　　　　　Riverdale, Maryland  20737
　　　　　　　　　　　　　　　　　　　　　　　　(301) 699-0764

return of service officer brooks.wpd

Rollo
7:30 p.

AO 440   DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ashley Reginald Magliore

**SUMMONS IN A CIVIL CASE**

V.

Officer Larry Brooks, et al

CASE NUMBER:   07-1921 (RWR)

TO: (Name and address of Defendant)

Officer Larry Brooks, #0723
Metropolitan Police Department, Third District
1620 V Street, NW
Washington, D.C. 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrell N. Roberts, III
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland 20737

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    NOV - 2 2007

CLERK                                                                                DATE

_signature_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | December 27, 2007  9:45 P.M. |
| NAME OF SERVER *(PRINT)* Dwayne Boston | TITLE  PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2nd District 3320 Idaho Ave
N.W. Washington DC 20016

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/27/07
           Date

Signature of Server

1522 K St NW ste 200 Wash, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.