THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHLEY REGINALD MAGLIORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No: 07-1921 (RWR) |
| ) | |
| ) | |
| OFFICER LARRY BROOKS, *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## MOTION OF LARRY BROOKS FOR PROTECTIVE ORDER

Defendant Larry Brooks, through counsel, hereby moves the court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a protective order precluding his deposition on June 24, 2008, on the grounds that because of his medical condition, the scheduled deposition is unduly burdensome. Further grounds for the requested relief is set forth in the attached memorandum of points and authorities in support thereto.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        */s/Patricia A. Jones*
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        */s/C. Vaughn Adams*
        C. VAUGHN ADAMS [449770]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001

(202) 724-6519; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  corliss.adams@dc.gov

Attorneys for Defendant Brooks

## **LCvR 7(m) CERTIFICATION**

On June 23, 2008, undersigned counsel called plaintiff's counsel to discuss the relief sought herein.  Plaintiff counsel was previously made aware of defendant Brooks' medical condition.  Although Plaintiff's counsel avers that he is sympathetic to the situation of Officer Brooks, he did not consent to the requested relief.

/s/C. Vaughn Adams_____ _____
C. VAUGHN ADAMS
Assistant Attorney General, D.C

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHLEY REGINALD MAGLIORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No: 07-1921 (RWR) |
| ) | |
| ) | |
| OFFICER LARRY BROOKS, *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITEIS IN SUPPORT OF LARRY BROOKS' MOTION FOR PROTECTIVE ORDER**

In support of his motion for protective order to preclude his deposition on June 24, 2008, defendant Larry Brooks states as follows:

1. Plaintiff brought suit alleging, among other things, unlawful arrest, assault and battery and the use of excessive force by MPD Officers Larry Brooks and Luis Cartagena in carrying out that arrest.

2. Defendant MPD Officer Larry Brooks, was served through counsel with a Notice of Deposition from the Plaintiff on June 13, 2008, requesting that he appear for a deposition at the Office of the Attorney General for the District of Columbia at 441 4th Street, N.W., on June 24, 2008.

3. During the pendency of this litigation, Defendant Brooks was injured in a near fatal motorcycle accident, and as a result is now paralyzed, and wheelchair bound. He is currently unable to attend the scheduled deposition in person because of his medical condition. Defendant Brooks does not live in the District of Columbia and is unable to secure transportation to the location of the deposition.

3

4. Fed. R. Civ. P. 26(c) provides that the "… court may, for good cause, issue an order to protect a party or person from…undue burden or expense, including … (A) forbidding the disclosure or discovery; (B) specifying the terms, including time and place, for the disclosure or discovery; (C) prescribing a discovery method other than the one selected by the party seeking discovery…."

5. Because of his medical condition and the expense and undue burden associated with him having to appear physically for deposition, Defendant Brooks requests to be examined through written questions pursuant to Fed. R. Civ. P. 30(c).

WHEREFORE, defendant Brooks requests that his motion for protective order be granted.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        */s/Patricia A. Jones*
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        */s/C. Vaughn Adams*
        C. VAUGHN ADAMS [449770]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6519; (202) 727-6295
        (202) 727-3625 (fax)
        E-mail:  corliss.adams@dc.gov

        Attorneys for the Defendant Brooks

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHLEY REGINALD MAGLIORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. Action No: 07-1921 (RWR) |
| | ) |
| | ) |
| OFFICER LARRY BROOKS, *et al.*, | ) |
| | ) |
| Defendants | ) |
| _____ | ) |

## ORDER

Upon the motion of Defendant Larry Brooks for a protective order, the memorandum of points and authorities in support thereof, the opposition of the plaintiff, the entire record herein and for good cause shown it is this ___ day of ____ 2008,

ORDERED, that the motion be and the same hereby is granted, and it is,

FURTHER ORDERED, that plaintiff is precluded from deposing Defendant Larry Brooks in this matter on June 24, 2008, and it is,

FURTHER ORDERED, that any and all Notices of Taking Deposition or subpoenas served upon Defendant Larry Brooks in this matter are hereby quashed; and it is,

FURTHER ORDERED:  that the deposition of Larry Brooks proceed through written questions pursuant to Fed. R. Civ. P. 30(c).

_____
Judge Richard W. Roberts,
United States District Court Judge
for the District of Columbia