UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASHLEY REGINALD MAGLIORE,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 07-1921 (RWR) |
| ) | |
| **OFFICER LARRY BROOKS,** *et. al.,* ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT BROOKS' MOTION FOR PROTECTIVE ORDER

Plaintiff, Ashely Reginald Magloire, opposes the defendant Larry Brooks' motion for protective order upon the following grounds:

1. The defendant Brooks did not appear for his deposition, which was noted for June 24, 2008.

2. The date, time, and place of deposition was approved by defense counsel. At the time plaintiff's counsel noted Brooks' deposition, he discussed Brooks' condition and his ability to travel with defense counsel. Plaintiff's counsel made clear that if the location was inconvenient or unworkable for Brooks, the deposition could be conducted at any convenient location, including Brooks' home or near his home. Plaintiff's counsel requested to know if any alternative location should be planned, and none was offered.

3. In addition, on June 24 and 25, 2008, plaintiff's counsel renewed his request to schedule Brooks deposition at some convenient place. He has not received any response his inquiry. It should be noted that defendant Brooks has shown an unwillingness to participate in the case: he has not served answers to interrogatories, which have been overdue since early May

3, 2008. Plaintiff's counsel has indicated a willingness to cooperate and accommodate the defense on this issue, but plaintiff has achieved little from it in terms of getting Brooks to serve answers to interrogatories or appear for deposition.

_____
Terrell N. Roberts, III
Attorney for Plaintiff
Bar #965061
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
301 699 0764

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed this \_\_\_\_\_ day of _____, 2008 to: C. Vaughn Adams, Assistant Attorney General, D.C., One Judiciary Square, Suite 6S050, 441 4th St., N.W., Washington, D.C. 20001.

_____
Terrell N. Roberts, III