## REFERRAL TO MAGISTRATE JUDGE

CATEGORY: L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>7-1921 | DATE REFERRED:<br>6/24/08<br><br>DISPOSITION DATE: | PURPOSE:<br>DISCOVERY DISPUTES | JUDGE:<br>ROBERTS | MAG. JUDGE<br>FACCIOLA |

| PLAINTIFF(S):<br>MAGLIORE | DEFENDANT(S):<br>BROOKS |
|---|---|

ENTRIES:

MOTION FOR PROTECTIVE ORDER PENDING