THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHLEY REGINALD MAGLIORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No: 07-1921 (RWR) |
| ) | |
| OFFICER LARRY BROOKS, *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST LARRY BROOKS FOR FAILURE TO DISCLOSE DISCOVERY

Defendant Larry Brooks, by and through counsel, herein opposes plaintiff's Motion for Sanctions for Failure to Disclose Discovery, and states as follows.

The alleged incident that gives rise to this lawsuit occurred on or about October 25, 2006. On January 9, 2008, defendant Brooks suffered a deliberating motorcycle accident from which he is still recovering. Plaintiff noted defendant Brooks' deposition for June 24, 2008. Counsel for defendant Brooks informed plaintiff that defendant Brooks would not be available on that date because he was unable to travel to the location noted on the deposition. Undersigned counsel informed plaintiff that the deposition should be rescheduled, and he would let him know as soon as possible to an agreeable date and location. Defendant Brooks is paralyzed, wheelchair bound and dependent on others for transportation. These same factors hindered defendant Brooks' ability to meet and confer with counsel to prepare answers to interrogatories. Because plaintiff refused to reschedule the deposition, on June 24, 2008, defendant Brooks filed a Motion for Protective Order to preclude the noted deposition.

On July 8, 2008, defendant Brooks appeared for deposition at a mutually agreeable location that was near defendant Brooks' home and he was able to obtain transportation for that deposition. Defendant Brooks also answered plaintiff's outstanding discovery.

Defendant Brooks was not engaged in any willful avoidance of discovery in this case. Discovery is set to close in this case on September 1, 2008, and plaintiff has not shown any prejudice based on the timing of the disclosures that have now been provided. Plaintiff's suggested relief that the Court refuse to allow defendant Brooks to oppose his claims against him on liability or introduce evidence to oppose such claims is unreasonable and not supported by the facts or circumstances which gave rise to plaintiff's filing of this motion.

Pursuant to FED R. CIV. P. 37(d)(2), a failure to act may be excused if the party failing to act has a pending motion for a protective order under Rule 26(c). Prior to the scheduled deposition, defendant Brooks had a pending motion for protective order pursuant to Rule 26(c). See Docket Entry # 12. While a motion for protective order governing defendant Brooks' discovery responses was not pending, his failure to more timely serve his responses was justified by his physical infirmity. See Rules 37(a)(5)(A)(ii) and 37(a)(5)(A)(iii), which provide that the Court must not order payment of sanctions if: the opposing party's nondisclosure, response, or objection was substantially justified, or other circumstances make an award of expenses unjust.

Because discovery is not scheduled to close in this case until September 1, 2008, plaintiff has nearly sixty (60) days to prepare his expert. Plaintiff has suffered no prejudice as a result of the slight delay in taking defendant Brooks' deposition or receiving his responses to interrogatories.

WHEREFORE, defendant Brooks asks this Court to deny plaintiff's Motion for Sanctions.

>Respectfully submitted,
>
>PETER J. NICKLES
>Interim Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General,
>Civil Litigation Division
>
>      /s/Patricia A. Jones
>PATRICIA A. JONES [428132]
>Chief, General Litigation Sec. IV
>
>      /s/C. Vaughn Adams
>C. VAUGHN ADAMS [449770]
>Assistant Attorney General
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-6519; (202) 727-6295
>(202) 727-3625 (fax)
>E-mail:  corliss.adams@dc.gov
>
>Attorneys for Defendant Brooks

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Memorandum in Opposition to Plaintiff's Motion for Sanctions Against Larry Brooks for Failure to Disclose Discovery was mailed, first-class mail, postage prepaid, this 10th day of July, 2008, to:

>Terrell N. Roberts, Esq.
>6801 Kenilworth Ave., Ste. 202
>Riverdale, MD  20737

                 /s/
            C. VAUGHN ADAMS

3

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHLEY REGINALD MAGLIORE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civ. Action No: 07-1921 (RWR)** |
| ) | |
| ) | |
| **OFFICER LARRY BROOKS,** *et al.,* ) | |
| ) | |
| **Defendants** ) | |
| _____ ) | |

## **ORDER**

Upon the motion of Plaintiff's Motion for Sanctions against Defendant Larry Brooks for Failure to Disclose Discovery, the opposition of Defendant Larry Brooks, the entire record herein and there being no good cause shown it is this ___ day of ____ 2008,

ORDERED, that the motion be and the same hereby is Denied.

_____
Judge Richard W. Roberts,
United States District Court Judge
for the District of Columbia