**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ASHLEY REGINALD MAGLIORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civ. Action No: 07-1921 (RWR)** |
| ) | |
| ) | |
| **OFFICER LARRY BROOKS,** *et al.,* ) | |
| ) | |
| **Defendants** ) | |
| _____ ) | |

<u>DEFENDANTS' CONSENT MOTION TO ENLARGE DISCOVERY, INCLUDING
THE TIME FOR EXPERT DESIGNATIONS AND TO TAKE EXPERT
DEPOSITIONS, AND TO VACATE THE SEPTEMBER 2, 2008,
STATUS CONFERENCE</u>

Defendants Larry Brooks, Luis Cartegena, and the District of Columbia, by and

through counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to amend

the Scheduling Order entered by the Court on April 4, 2008 (Docket entry 11), to enlarge

discovery, and allow the Defendants additional time in which to designate their expert

report and take expert depositions. These defendants also move to vacate the September

2, 2008, Status Conference. The grounds for this motion are as follows:

1.      This case involves plaintiff's complaint against these defendants. Plaintiff

claims defendants Brooks and Cartegena subjected him to excessive force during an

October 26, 2006, incident outside a nightclub at 1716 I Street, N.W. Washington D.C.

2.      The Scheduling Order sets forth a deadline of August 4, 2008, for the

defendants to disclose their experts and to provide their expert(s)' reports to the Plaintiff.

The deadline for the close of all discovery is set for September 1, 2008.  A status

conference is scheduled for September 2, 2008.  For the reasons explained below,

however, these defendants need additional time to complete discovery, including the designation of experts.  Additionally, in order to conserve this Court and the parties' resources, these defendants ask that the September 2, 2008, status conference be rescheduled

     3.     The defendants seek to retain Mr. Patrick Gallagher, as an expert on police practices in this case.  However, they have been unable to obtain a timely purchase order to obtain Mr. Gallagher's services. Under the Anti Deficiency Act, D.C. Official Code § 47-355.02, the District is unable to obtain the services of any vendor without an approved purchase order.  The Defendants need additional time to properly retain Mr. Gallagher and permit him adequate time to prepare his report.

     4.     In addition to time for defendant to properly retain and prepare its expert report, both parties will need time to schedule and conduct expert depositions.

     5.     Fed. R. Civ. P. 6(b)(1) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time:  (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."

     6.     This motion is being filed prior to the expiration of the prescribed period, and otherwise meets the requirements of Rule 6(b)(1)(A).  The extension of time will not unduly burden any party.

     7.     The defendants request that the following schedule govern this litigation:

| | |
|---|---|
| Proponents' Expert Designations | September 17, 2008 |
| Discovery Closed Date | October 31, 2008 |
| Status Conference | November 3, 2008 |

WHEREFORE, these defendants respectfully request the Court to grant their

motion.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

____/s/ C. Vaughn Adams_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295


<u>Local Rule 7(m) Certification</u>

I do hereby certify that on August1, 2008, the parties discussed the relief sought

herein during a telephone conference, and Plaintiff **consents** to the relief sought herein.

_____/s/_____
C. VAUGHN ADAMS
Assistant Attorney General

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ASHLEY REGINALD MAGLIORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. Action No: 07-1921 (RWR)** |
| | ) | |
| | ) | |
| **OFFICER LARRY BROOKS,** *et al.,* | ) | |
| | ) | |
| **Defendants** | ) | |
| _____ | ) | |

DEFENDANTS' CONSENT MOTION TO ENLARGE DISCOVERLY, INCLUDING
THE TIME FOR EXPERT DESIGNATIONS AND TO TAKE EXPERT
DEPOSITIONS, AND TO VACATE THE SEPTEMBER 2, 2008,
STATUS CONFERENCE

These defendants submit and rely upon the following authorities in support of

their Motion:

1.   Fed. R. Civ. P. 6(b)(1)(A);

2.   Fed. R. Civ. P.  26(a)(2)(B)

3.   The Anti-deficiency Act, D.C. Official Code § 47-355.02

4.   The Court's discretion and equitable powers.

5.   The record herein.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____/s/ C. Vaughn Adams_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ASHLEY REGINALD MAGLIORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. Action No: 07-1921 (RWR)** |
| | ) | |
| | ) | |
| **OFFICER LARRY BROOKS,** *et al.,* | ) | |
| | ) | |
| **Defendants** | ) | |
| _____ | ) | |

## AMENDED SCHEDULING ORDER

Upon consideration of defendants Larry Brooks, Luis Cartegena, and the District of Columbia's Consent Motion Enlarge  Discovery, Including the Time for Expert Designations and to Take Expert Depositions, and to Vacate the September 2, 2008, Status Conference, plaintiff's response thereto, if any, and the record herein, it is this ____ day of _____, 2008, .

ORDERED:

1.    That the motion is hereby granted for the reasons set forth therein; and

2.    That the September 2, 2008, Status Conference is hereby vacated; and

3.    That the following schedule shall govern this litigation:

Proponents' Expert Designations                September 17, 2008

Discovery Closed Date                          October 31, 2008

Status Conference                              November 3, 2008

**SO ORDERED**.

_____
Judge