**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ASHLEY REGINALD MAGLIORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civ. Action No: 07-1921 (RWR)** |
| | ) |
| | ) |
| **OFFICER LARRY BROOKS,** *et al.,* | ) |
| | ) |
| **Defendants** | ) |
| _____ | ) |

<u>DEFENDANTS' RENEWED CONSENT MOTION TO ENLARGE DISCOVERY,
INCLUDING THE TIME FOR EXPERT DESIGNATIONS AND TO TAKE EXPERT
DEPOSITIONS, AND TO VACATE THE SEPTEMBER 2, 2008,
STATUS CONFERENCE</u>

Defendants Larry Brooks, Luis Cartegena, and the District of Columbia, by and

through counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby renews their motion to

amend the Scheduling Order entered by the Court on April 4, 2008 (Docket entry 11), to

enlarge discovery, and allow the Defendants additional time in which to designate their

expert report and take expert depositions.  These defendants also move to vacate the

September 2, 2008, Status Conference.  The grounds for this motion are as follows:

1.      This case involves plaintiff's claim that defendants Brooks and Cartegena

subjected him to excessive force during an October 26, 2006, incident outside a nightclub

at 1716 I Street, N.W. Washington D.C.

2.      The Scheduling Order sets forth a deadline of August 4, 2008, for the

defendants to disclose their experts and to provide their experts' reports to the Plaintiff.

The deadline for the close of all discovery is set for September 1, 2008.   A status

conference is scheduled for September 2, 2008.  For the reasons explained below,

however, these defendants need additional time to complete discovery, including the designation of experts. Additionally, in order to conserve this Court and the parties' resources, these defendants ask that the September 2, 2008, status conference be rescheduled

     3.    Defendants contacted their expert, Patrick Gallagher, on April 17, 2008, to discuss his possible participation in this case. Further contact with Mr. Gallagher was made on July 1, 2008, in anticipation of receipt of the Plaintiff's expert report. Undersigned counsel submitted a purchase order request form to his supervisor on or about July 2, 2008. There was a slight delay in the submission of the information into the PASS system, but the approval was denied several times because of fiscal restraints. Under the Anti Deficiency Act, D.C. Official Code § 47-355.02, the District is unable to obtain the services of any vendor without an approved purchase order.

     4.    Although the time prescribed for Plaintiff to disclose his report was on July 2, 2008, the report was not received by the Defendants until July 22, 2008. Therefore, the Defendants were unable to fully assess the need for an expert for the Defendants until their receipt of Plaintiff's Report.

     5.    On August 12, 2008, the defendants recently obtained purchase order approval to retain the services of Mr. Gallagher, and forwarded their packet to him for review of the case, and to submit an expert report. While Mr. Gallagher believes that he may be able to produce a report within two (2) weeks, the Defendants do not want to have to come back to the Court for relief because of unexpected circumstances and ask that they be given twenty-one (21) days to disclose Mr. Gallagher's report.

6.      In addition to time for defendants' expert to prepare his expert report, the Defendants need time to schedule and conduct expert depositions, and to follow-up on any lingering discovery that may be raised during the experts' depositions.

7.      Fed. R. Civ. P. 6(b)(1) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time:  (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."

8.      The relief requested in this motion was originally made prior to the expiration of the prescribed period for expert disclosure, and otherwise meets the requirements of Rule 6(b)(1)(A).  The extension of time will not unduly burden any party. 9.      The defendants request that the following schedule govern this litigation:

| | |
|---|---|
| Defendants' Expert Designations | September 2, 2008 |
| Discovery Closed Date | September 23,  2008 |
| Status Conference | September 30, 2008 |

WHEREFORE, these defendants respectfully request the Court to grant their motion.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____/s/ C. Vaughn Adams_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295


## Local Rule 7(m) Certification

I do hereby certify that on August13, 2008, the parties discussed the relief sought

herein during a telephone conference, and Plaintiff consents to the relief sought herein.


_____/s/_____
C. VAUGHN ADAMS
Assistant Attorney General

4

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASHLEY REGINALD MAGLIORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )      **Civ. Action No: 07-1921 (RWR)** |
| | ) |
| | ) |
| **OFFICER LARRY BROOKS,** *et al.,* | ) |
| | ) |
| **Defendants** | ) |
| _____ | ) |

### DEFENDANTS' RENEWED CONSENT MOTION TO ENLARGE DISCOVERY, INCLUDING THE TIME FOR EXPERT DESIGNATIONS AND TO TAKE EXPERT DEPOSITIONS, AND TO VACATE THE SEPTEMBER 2, 2008, STATUS CONFERENCE

These defendants submit and rely upon the following authorities in support of their Motion:

1.      Fed. R. Civ. P. 6(b)(1)(A);

2.      The Anti-deficiency Act, D.C. Official Code § 47-355.02

3.      The Court's discretion and equitable powers.

4.      Plaintiff's consent.

5.      The record herein.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____/s/_____

PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____/s/ C. Vaughn Adams_____

C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**ASHLEY REGINALD MAGLIORE,**    )
    )
      **Plaintiff,**    )
    )
      **v.**    )    **Civ. Action No: 07-1921 (RWR)**
    )
    )
**OFFICER LARRY BROOKS, *et al.,***    )
    )
      **Defendants**    )
_____ )

### AMENDED SCHEDULING ORDER

Upon consideration of defendants Larry Brooks, Luis Cartegena, and the District of Columbia's Renewed Consent Motion Enlarge Discovery, Including the Time for Expert Designations and to Take Expert Depositions, and to Vacate the September 2, 2008, Status Conference, and the record herein, it is this ___ day of _____, 2008,

ORDERED:

1.    That the motion is hereby granted for the reasons set forth therein; and

2.    That the September 2, 2008, Status Conference is hereby vacated; and

3.    That the following schedule shall govern this litigation:

| | |
|---|---|
| Defendants' Expert Designations | September 2, 2008 |
| Discovery Closed Date | September 23, 2008 |
| Status Conference | September 30, 2008 |

**SO ORDERED**.

_____
Judge